(con't)

a response from Navarro County, telling me that my Direct Appeal is on file at your court.

I have been incarcerated for over seven and one-half years for a crime I did not committ. I will greatly appreciate if you would send me a copy of my Direct Appeal brief, so that I may forward it on to the group who is willing to help me with the exoneration of the crime that I'm convicted of now. My contact information is below.

I thank you in advance for your time and consideration.

Sincerely,
Beverly Latimer
Beverly Latimer - 1540659
Lane Murray Unit
1916 N. Hwy. 36 Bypass
Gatesville, Texas 76596

Beverly Gutierrez-1540659
Jane Murray Unit
1916 N. Hwy. 36 Bypass
Gatesville, Texas 76596

Tenth Court of Appeals
Attn.: Appeal Clerk
McLennan County Courthouse
501 Washington Ave., Rm. 415
Waco, Texas 76701-1327

RECEIVED
AUG 0 4 2016
COURT OF APPEALS
WACO, TEXAS

USA FOREVER